

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TYRIC HARDY, | § | No. 08-21-00076-CR |
| Appellant, | § | Appeal from the |
| v. | § | 184th District Court |
| THE STATE OF TEXAS, | § | of Harris County, Texas |
| Appellee. | § | (167070001010) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF APRIL, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.